DRAFT ATTORNEY WORK PRODUCT

BRIAN M. BOYNTON
Acting Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
LAUREN A. WETZLER
Deputy Director
MICHAEL J. GERARDI (DC Bar No. 1017949)
ANDREW E. CARMICHAEL
Senior Trial Counsel
ANDREW J. RISING
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Rm #12002
Washington, DC 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov

*Counsel for Defendants*

*Additional counsel on following page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NATIONAL COALITION FOR MEN, et al.,

Plaintiffs,

v.

SELECTIVE SERVICE SYSTEM, et al.,

Defendants.

CASE NO.: 2:24-cv-04016

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Complaint Served: May 22, 2024
Current Response Date: July 22, 2024
New Response Date: August 2, 2024

Nadine Lewis, Esq., SBN 179979
NADINE LEWIS, ATTORNEY AT LAW
1305 Pico Boulevard
Santa Monica, California 90405
Email: nadine@nadine.esq
Office Telephone: 424.228.5109

*Counsel for Plaintiffs*

IT IS HEREBY AGREED AND STIPULATED, by and between Plaintiffs National Coalition for Men, Tyler McNamara, Conor McKiernan; Nicholas Milillo, Nicolas Mendiola, and Jordan Falcon; and Defendants, Selective Service System and Joel C. Spangenberg in his official capacity as acting Director of the Selective Service System, by and through their respective counsel, that the time for Defendants to answer, move or otherwise respond to Plaintiff's complaint in the above-entitled action shall be extended by eleven days up to and including August 2, 2024 or such time thereafter as determined by this Court. This Stipulation is requested by the Defendants so that undersigned counsel may consult with the client agency and obtain the information necessary to prepare an appropriate response. This Stipulation is not intended to waive any defenses, including jurisdiction and service.

This is the Defendant's first request for an extension of time to respond to the complaint, which is made pursuant to Central District Local Rule 8-3.

Dated: July 22, 2024

NADINE LEWIS, ATTORNEY AT LAW

By: */s/ Nadine Lewis*
Nadine Lewis

*Attorney for Plaintiffs*

Dated: July 22, 2024

UNITED STATES DEPARTMENT OF JUSTICE

By: */s/Michael J. Gerardi*
Michael J. Gerardi

*Attorneys for Defendants*

**Attestation of Filer**

I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 22, 2024

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI
Senior Trial Counsel