BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
LAUREN A. WETZLER
Deputy Director
MICHAEL J. GERARDI (DC Bar No. 1017949)
ANDREW E. CARMICHAEL
Senior Trial Counsel
ANDREW J. RISING
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Rm #12002
Washington, DC 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

NATIONAL COALITION FOR MEN, *et al.*,

*Plaintiffs*,

v.

SELECTIVE SERVICE SYSTEM, *et al.*,

*Defendants*.

CASE NO. 2:24-CV-4016

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**

(Filed concurrently with [Proposed] Order)

**Hearing:**
Date: September 27, 2024
Time: 10:00 a.m.
Courtroom 7B

Honorable André Birotte, Jr.
**United States District Judge**

**NOTICE OF MOTION AND MOTION TO DISMISS**

PLEASE TAKE NOTICE that on September 27, 2024, at 10:00 AM, or as soon thereafter as it may be heard, Defendants (the Selective Service System; Joel C. Spangenberg, in his official capacity as Acting Director of the Selective Service System; and Does 1-50), will, and hereby do, move this Court to dismiss the Complaint pursuant to Rule 12(b)(1) and Rule 12(b)(6), without leave to amend. This motion is made before the Honorable André Birotte, Jr., United States District Judge, Courtroom 7B, located in the First Street United States Courthouse, 350 W. 1st Street, Los Angeles, CA 90012.

Defendants move to dismiss Plaintiffs' complaint on the grounds that (1) Plaintiffs lack Article III standing, and (2) Plaintiffs fail to state a claim upon which relief can be granted in light of the Supreme Court's decision in *Rostker v. Goldberg*, 453 U.S. 57 (1981).

This motion is made upon this Notice, the attached Memorandum of Points and Authorities, and all pleadings, records, and other documents on file with the Court in this action, and upon such oral argument as may be presented at the hearing of this motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on July 23, 2024, in which the parties thoroughly discussed the substance and potential resolution of the filed motion by teleconference. The parties have mutually agreed on the briefing schedule below which conforms to this Court's Local Rules:

Plaintiffs' Opposition to Motion to Dismiss: August 23, 2024

Defendants' Reply In Support of Motion to Dismiss: September 13, 2024

Dated: August 2, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LAUREN A. WETZLER
Deputy Director

*/s/Michael J. Gerardi*

MICHAEL J. GERARDI (DC Bar No. 1017949)
ANDREW E. CARMICHAEL
Senior Trial Counsel
ANDREW J. RISING
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Rm #12002
Washington, DC 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov

*Counsel for Defendants*