JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL COALITION FOR MEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SELECTIVE SERVICE SYSTEM, et al.,<br><br>Defendants. | CASE NO.: 2:24-cv-04016<br><br>[~~PROPOSED~~] **JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58(a), the Court **ORDERS** and **ENTERS JUDGMENT** for Defendants Selective Service System and Joel C. Spangenberger, in his capacity as acting Director of Selective Service, and against Plaintiffs National Coalition for Men, Tyler McNamara, Conor McKeirnan, Nicholas Milillo, Nicolas Mendiola, and Jordan Falcon, as follows:

Plaintiffs' complaint, ECF No. 1, is **DISMISSED, WITH PREJUDICE**, for the reasons stated in the Court's Order Granting Motion to Dismiss dated November 20, 2024, ECF No. 24.

Dated: December 9, 2024

_____
Hon. André Birotte Jr.
U.S. District Judge