NADINE LEWIS (CA SBN 179979)
NADINE LEWIS, ATTORNEY AT LAW
1305 Pico Boulevard
Santa Monica, California 90405
Email: nadine@nadine.esq
Office Telephone: 424.228.5109

Attorneys for PLAINTIFFS NATIONAL COALITION FOR MEN, TYLER MCNAMARA, CONOR MCKIERNAN, NICHOLAS MILILLO, NICOLAS MENDIOLA AND JORDAN FALCON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NATIONAL COALITION FOR MEN, *et al.*

Plaintiffs and Appellants,

v.

SELECTIVE SERVICE SYSTEM, *et al.*,

Defendants and Appellees.

**Case No.** 2:24-cv-04016-AB-E
Hon. André Birotte Jr.

**NOTICE OF APPEAL**

TO THE HONORABLE ANDRÉ BIROTTE JR., DISTRICT COURT JUDGE, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Notice is hereby given that plaintiffs NATIONAL COALITION FOR MEN, TYLER MCNAMARA, CONOR MCKIERNAN, NICHOLAS MILILLO, NICOLAS MENDIOLA AND JORDAN FALCON (collectively "Plaintiffs") in the above-named case hereby appeal to the United States Court of Appeals for the Ninth

Circuit from the District Court's Final Judgment entered in this action on December 9, 2024 [Dkt. 26], a true and correct copy of which is attached hereto and incorporated herein by this reference as Exhibit A (the "Final Judgment"). The Final Judgment includes the November 20, 2024, Order Granting Motion to Dismiss [Dkt. 24], a true and correct copy of which is attached hereto and incorporated herein by this reference as Exhibit B.

Respectfully Submitted,

Dated: December 19, 2024

NADINE LEWIS, ATTORNEY AT LAW

By: /s/ Nadine Lewis, Esq.
Nadine Lewis, Esq.
Attorney for Plaintiffs, NATIONAL COALITION FOR MEN, TYLER MCNAMARA, CONOR MCKIERNAN, NICHOLAS MILILLO, NICOLAS MENDIOLA, and JORDAN FALCON

**CERTIFICATE OF SERVICE**

I, Nadine Lewis, hereby certify that on December 19, 2024, the foregoing **NOTICE OF APPEAL** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will then send a notification of such filing to all counsel of record.

*/s/ Nadine Lewis*
Nadine Lewis
*Attorneys for Plaintiffs and Appellants*