UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NATIONAL COALITION FOR MEN, a 501(c)(3) non-profit organization; et al.,

Plaintiffs - Appellants,

v.

SELECTIVE SERVICE SYSTEM; et al.,

Defendants - Appellees.

No. 24-7746

D.C. No.
2:24-cv-04016-AB-E

Central District of California,
Los Angeles

MANDATE

The judgment of this Court, entered December 04, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT