UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:24-cv-04016-AB-E | Date: | February 17, 2026 |

| | |
|---|---|
| Title: | *National Coalition for Men et al v. Selective Service System et al.* |

| | |
|---|---|
| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |

| | |
|---|---|
| Evelyn Chun | N/A |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] ORDER REOPENING AND DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF STANDING**

The Ninth Circuit issued a Memorandum concluding that Plaintiffs lack Article III standing, vacating this Court's grant of Defendants' Rule 12(b)(6) motion, and remanding with instructions to dismiss this case without prejudice. The mandate has since issued.

The Court therefore **REOPENS** and **DISMISSES this action without prejudice** for lack of standing.

**IT IS SO ORDERED.**